**Order filed, November 1, 2021.**



**In The**

**Fourteenth Court of Appeals**

————————

**NO. 14-21-00536-CR**

————————

**DANSON TROTTI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1681046**

## ORDER

The reporter's record in this case was due **September 27, 2021**. *See* Tex. R. App. P. 35.1. On September 27, 2021, this court granted the court reporters request for extension of time to file the record until October 27, 2021. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the previous request, we issue the following order.

We order Gail Rolen, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Christopher, and Justices Zimmerer and Wilson.